JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FABRIC, INC., a California Corporation; TROPICAL TEXTILE, INC., a California Corporation,<br><br>             Plaintiff(s),<br><br>     v.<br><br>MARIGOLD FASHION, INC. et al,<br><br>             Defendant(s). | Case No.   **CV-17-6854-R**<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

Plaintiff was ORDERED to show cause in writing no later than **May 22, 2018** why this action should not be dismissed for lack of prosecution. On May 22, 2018, Plaintiff filed a Declaration In Response to the Order to Show Cause Re Dismissal for lack of Prosecution ("Response"). The Court FINDS that no good cause is shown.

WHEREAS, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 23, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE